# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RICHARD L. CHAMBLISS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D19-2858 and 4D19-3085

[October 23, 2019]

Consolidated appeals from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara R. Duffy, Judge; L.T. Case No. 94-11510CF10A.

Richard L. Chambliss, Graceville, pro se.

No appearance required for appellee.

PER CURIAM.

The order denying appellant's petition for writ of habeas corpus is summarily affirmed. Fla. R. App. P. 9.315(a). The petition was unauthorized, *see Baker v. State*, 878 So. 2d 1236, 1238 (Fla. 2004), and attempted to raise a procedurally barred postconviction claim. *Thompson v. State*, 88 So. 3d 312, 316 (Fla. 4th DCA 2012). The trial court correctly determined that, if treated as a rule 3.850 motion, the petition would be untimely and successive.

LEVINE, C.J., WARNER and MAY, JJ., concur.

\*   \*   \*

*Not final until disposition of timely filed motion for rehearing.*